UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BATTLE CREEK HEALTH SYSTEM
and TRINITY HEALTH-MICHIGAN,
d/b/a  Mercy General Health Partners

                Plaintiffs,                   No. 5:05-cv-00014-WAM
                                                       Hon. Wendell A. Miles

vs.

TOMMY G. THOMPSON, as the Secretary of the
United States Department of Health and Human
Services,

                Defendant.

_____/

## STIPULATED ORDER OF PARTIAL DISMISSAL

This matter having come before the Court on the stipulation of the parties; the parties having resolved the issue regarding the TEFRA target amount raised in of the Complaint filed in the above-captioned action; the Court having reviewed the following Order; the Court being fully advised of the premises; and good cause appearing for entry of the following Order:

IT IS HEREBY ORDERED that the TEFRA target amount issue in Plaintiffs Battle Creek Health System and Trinity Health-Michigan's Complaint is hereby dismissed with prejudice.  Plaintiffs' claim for recovery of reimbursement for bad debts remains pending on the parties' cross motions for summary judgment.

**Dated:  March 6, 2006**                                      **/s/ Wendell A. Miles**
                                                                    _____
                                                                    **Wendell A. Miles**
                                                                    **Senior U.S. District Judge**

**So stipulated; Approved as to form;**

| | |
|---|---|
| FOLEY & LARDNER LLP | OFFICE OF THE UNITED STATES ATTORNEY |
| By:s/H. William Burdett, Jr. | By:s/J. Joseph Rossi (with consent, HWB) |
|    John R. Trentacosta |    Margaret M. Chiara |
|    Chris E. Rossman |    J. Joseph Rossi |
|    Patrick G. LePine | Post Office Box 208 |
|    H. William Burdett, Jr. | Grand Rapids, Michigan 49501 |
| One Detroit Center | (616) 456-2404 |
| 500 Woodward Avenue, Suite 2700 | joe.rossi@usdoj.gov |
| Detroit, Michigan 48226 | *Attorneys for Defendant* |
| (313) 234-7100 | |
| bburdett@foley.com | |
| *Attorneys for Plaintiffs* | |